[No. 28882-6-II. Division Two. March 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ERIC SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00208-2, Katherine M. Stolz, J., entered June 10, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Houghton, JJ.

[Nos. 29134-7-II; 28090-6-II. Division Two. March 23, 2004.]

SAFE HARBOR FAMILY PRESERVATION TRUST, *Appellant*, v. FRED NOBLE, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Mason County, No. 99-2-00923-5, James B. Sawyer II, J., entered November 8, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Seinfeld, J.

[No. 29617-9-II. Division Two. March 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO ARENAS-SALAZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03014-1, Bryan E. Chushcoff, J., entered November 12, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 29709-4-II. Division Two. March 23, 2004.]

REED C. GUNSTONE, ET AL., *Appellants*, v. JEFFERSON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00536-0, Leonard W. Costello, J., entered December 4, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.